sume that he was aware at his plea colloquy of his right to the continued assistance of counsel during his entire trial. *Vonn,* —— U.S. at ——, 122 S.Ct. at 1055.

Bevis admitted in the plea agreement and during the plea colloquy all the elements of the crimes to which he pleaded guilty. Moreover, the charges in the indictment are recited in paragraph 6 of the plea agreement, which Bevis signed the same day he entered his guilty plea. Again, we presume he recalled that information during his plea colloquy. *Id.*

Whether or not the colloquy was defective, therefore, Bevis has failed to prove a violation of his substantial rights.

AFFIRMED.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Robert HERMANEK, Defendant– Appellant.**

**United States of America, Plaintiff–Appellee,**

v.

**Robert Rutherford, Defendant– Appellant.**

**United States of America, Plaintiff– Appellee–Cross–Appellant,**

v.

**Anthony Flowers, Defendant– Appellant–Cross– Appellee.**

**United States of America, Plaintiff–Appellee,**

v.

**Sheldon Johnson, Defendant–Appellant.**

**United States of America, Plaintiff–Appellee,**

v.

**Jerry Fiorillo, Defendant–Appellant.**

Nos. 99–10092, 99–10137, 99–10142, 99–10197, 99–10143, 99–10146.

D.C. Nos. CR–94–00427–JLQ, CR–94– 00427–1–JLQ, CR–94–00427–8–JLQ, CR–94–00427–12–JLQ.

United States Court of Appeals, Ninth Circuit.

Sept. 16, 2002.

Before W. FLETCHER and FISHER, Circuit Judges.

ORDER

The memorandum disposition filed May 15, 2002, is WITHDRAWN.

**Paul DURRELL, Plaintiff—Appellant,**

v.

**Greg TILMAN; et al., Defendants— Appellees.**

No. 01–36003.

D.C. No. CV–00–00852–OMP.

United States Court of Appeals, Ninth Circuit.